## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LISA MURPHY**                                                      **PLAINTIFF**
**ADC #760343**

**v.**                          **No: 3:20-cv-00324 DPM-PSH**

**FAUST,** *et al.*                                                  **DEFENDANTS**

### ORDER

Having reviewed Lisa Murphy's complaint (Doc. No. 2) for screening

purposes,[1] it appears that service is appropriate as to Murphy's claims against the

defendants, with the exception of Nurse Johnson. *See* Doc. No. 6. The Clerk of the

Court shall prepare summonses for these defendants, and the United States Marshal

is hereby directed to serve a copy of the complaint (Doc. No. 2), and summons on

each defendant without prepayment of fees and costs or security therefor.

Defendants Warden Faust, Deputy Warden Inmen, Dr. Rory Griffen, Officer Faith

Case, ADC Director Dexter L. Payne, Sergeant P. Malotte, Sergeant D. White, B.

Huffman, and C. Robinson should be served through the ADC Compliance Division.

Defendants Dr. Steive, Dr. Joseph Hughes, APN Betty Hutchinson, Medical

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen
prisoner complaints seeking relief against a governmental entity, officer, or employee.
28 U.S.C. § 1915A(a).

Director Judy Biaza, LPN Culpepper, LPN Laytham, LPN Lacy Vaulner, LPN

Fields, and LPN Kizer should be served through Humphries, Odum & Eubanks,

1901 S. Broadway, Little Rock, Arkansas 72206.  Service for Dr. James Hagans

should be attempted at the Baptist Health Surgical Clinic Of Central Arkansas, 9500

Kanis Rd. Suite 501, Little Rock, AR 72205.

IT IS SO ORDERED this 5th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE