IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC #760343                                                                PLAINTIFF

v.                    No: 3:20-cv-324-DPM-PSH

FAUST, Senior Warden, McPherson Unit, ADC;
INMAN, Deputy Warden, McPherson Unit, ADC;
JAMES HOGANS, Doctor, Baptist Hospital
Little Rock;  STEIVE, Doctor, Central Office;
ROREY GRIFFEN, Doctor;  JOSEPH HUGHES,
Doctor;  BETTY HUTCHINSON, APN;  JUDY
BIAZA, Medical Director;  FAITH CASE,
Officer;  CULPEPPER, LPN;  LAYTHAM, LPN;
JOHNSON, RN;  LACY VAULNER, LPN;
FIELDS, LPN;  DEXTER L. PAYNE, ADC
Director;  P. MALOTTE, Sergeant;
D. WHITE, Sergeant;  B. HUFFMAN;
C. ROBINSON;  and KIZER, LPN                                               DEFENDANTS

ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 6*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Murphy's claims against Nurse Johnson are dismissed without prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 January 2021