IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                           PLAINTIFF
ADC #760343

v.                          No: 3:20-cv-324 DPM-PSH

NURZUHAL FAUST, Senior Warden,
McPherson Unit, *et al.*                                              DEFENDANTS

## ORDER

Motion, *Doc. 30*, granted. Murphy's claims against Defendant White are voluntarily dismissed without prejudice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021