IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                                               PLAINTIFF
ADC #760343

v.                             No: 3:20-cv-00324 DPM-PSH

NURZUHAL FAUST, *et al.*                                                          DEFENDANTS

## ORDER

There are several motions currently pending in this case: a motion to dismiss filed by Dr. James Hagans (Doc. No. 12); a motion for judgment on the pleadings filed by Faith Case, Nurzuhal Faust, Rory Griffin, Bobbie Huffman, Billy Inman, Pamela Mallot, Dexter L Payne, Clara Robinson, and Darrell White (the "ADC Defendants") (Doc. No. 40); a motion to revoke Plaintiff Lisa Murphy's *in forma pauperis* ("IFP") status filed by the ADC Defendants (Doc. No. 42); a motion to adopt the ADC Defendants' motion to revoke filed by Dr. Hagans (Doc. No. 54); and a motion to extend time filed by Murphy (Doc. No. 65).

The outcome of the motion to revoke Murphy's IFP status may determine whether this case proceeds or not. If the motion is granted, it will benefit all defendants because the case will be dismissed unless Murphy can pay the full filing and administrative fees totaling $402.00. Accordingly, Dr. Hagans' motion to adopt the ADC Defendants' motion to revoke is granted. To the extent Murphy seeks more

time to respond to Dr. Hagans' motion to join, her request is denied. However, her motion is granted to the extent she seeks more time to respond to the motion to revoke her IFP status. Any such response must be filed on or before April 16, 2021.

IT IS SO ORDERED this 17th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE