IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

v.  No. 3:20-cv-324 DPM-PSH

**NURZUHAL FAUST, Senior Warden,**
**McPherson Unit,** *et al.*  **DEFENDANTS**

### ORDER

**1.** The Court withdraws the reference.

**2.** Motion to voluntarily dismiss, *Doc. 69*, granted. All other pending motions are denied without prejudice as moot. *Docs. 12, 40 & 42.* Murphy's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

13 April 2021