IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

v.  No. 3:20-cv-324 DPM

**NURZUHAL FAUST, Senior Warden,**
**McPherson Unit,** *et al.*  **DEFENDANTS**

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2021